Filed 11/13/25  P. v. Kevil CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>WILLIAM PHILLIP KEVIL, JR.,<br><br>Defendant and Appellant. | C102673<br><br>(Super. Ct. Nos. 23CF05089, 24CF02657) |

Appointed counsel for defendant William Phillip Kevil, Jr., filed an opening brief that sets forth the facts of the case and asks this court to review the record and determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable errors that would result in a disposition more favorable to defendant, we will affirm the judgment.

1

# FACTUAL AND PROCEDURAL HISTORY

In Butte County case No. 23CF05089, defendant pleaded no contest to 13 offenses: robbery, attempted robbery, two assaults with a firearm, five vehicle thefts, burglary, discharging a firearm in a grossly negligent manner, resisting a peace officer, and fleeing a peace officer. Defendant also admitted he had been released on bail when he fled from a peace officer. The plea agreement stipulated that the trial court would sentence defendant to 15 years in prison, including an upper term sentence for the principal term.

In Butte County case No. 24CF02657, defendant pleaded no contest to committing a lewd act upon a child and admitted that he had previously been convicted of a serious or violent felony within the meaning of California's three strikes law. The plea agreement stipulated that the aggregate sentence for both cases would be 27 years in prison, including an upper term sentence for the principal term.

In case No. 24CF02657, the trial court sentenced defendant to 16 years in prison for committing a lewd act upon a child, the upper term of eight years doubled due to the prior serious or violent felony conviction. In case No. 23CF05089, the court imposed consecutive sentences of one-third the middle term for the remaining felony offenses, a concurrent sentence for the misdemeanor resisting a peace officer, and a consecutive term of two years in prison for the out on bail enhancement, for an additional 11 years in prison. The court imposed restitution fines and parole revocation restitution fines for each case and court operation and conviction assessments for each conviction. The court found defendant lacked the ability to pay a sexual offense fine and did not impose one, but ordered defendant to pay restitution to several victims, without objection.

Defendant filed a timely notice appealing from the judgment, without requesting a certificate of probable cause.

## DISCUSSION

Counsel filed an opening brief that sets forth the facts and procedural history of the case and requests that this court review the record and determine whether there are any arguable issues on appeal. (*People v. Wende, supra*, 25 Cal.3d 436.) Counsel advised defendant of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days have elapsed, and defendant has not filed a supplemental brief.

Having undertaken an examination of the entire record pursuant to *Wende*, we find no arguable errors that are favorable to defendant. Accordingly, we will affirm the judgment.

## DISPOSITION

The judgment is affirmed.


          /s/
         Duarte, Acting P. J.


We concur:


   /s/
Krause, J.


   /s/
Boulware Eurie, J.


3